NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA, | Criminal No.: 11-381 (JLL) 01 |
|---|---|
| Plaintiffs, | |
| v. | |
| MANUEL A. SOARES, | ORDER |
| Defendants. | |

Please be advised that oral argument has been scheduled for **Thursday, December 8, 2011** at **12:00 p.m.** in Courtroom 5D of the Martin Luther King Jr., Federal Building, 50 Walnut Street, Newark, New Jersey. All parties are hereby required to appear.

**IT IS SO ORDERED.**

Jose L. Linares,
United States District Judge

Dated: November 14, 2011